634

No. 558. SWINDELL BROTHERS, INC., ET AL. *v.* HART-FORD-EMPIRE CO. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Samuel E. Darby, Jr., Lawrence C. Kingsland,* and *William B. Jaspert* for petitioners. *Messrs. Thomas G. Haight, Sidney F. Parham, William J. Belknap,* and *Robson D. Brown* for respondent.

No. 489. EASTERN SHORE PUBLIC SERVICE CO. ET AL. *v.* SEAFORD. See *ante,* p. 616.

No. 608. WILSON *v.* UNITED STATES. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. William H. Lewis* for petitioner. No appearance for the United States.

No. 612. MELENDEZ *v.* CALIFORNIA ET AL. February 6, 1939. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *George Melendez, pro se.* No appearance for respondents.

No. 545. WINKLE *v.* SCOTT. February 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. J. M. Feigenbaum* and *Gus O. Nations* for petitioner. *Mr. Samuel B. Jeffries* for respondent.